IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

HENRY LAMAR ROSS                            §
                                            §
    **Movant**                              §
                                            §
v.                                          §        **Case No. 5:24cv60-JRG-JBB**
                                            §
UNITED STATES OF AMERICA                    §
                                            §
    **Respondent**                          §

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Movant Henry Ross, proceeding *pro se*, filed the above-styled and numbered motion to vacate or correct sentence under 28 U.S.C. § 2255 challenging the legality of his conviction.  The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

Movant was convicted in a jury trial of guilty of possession of a firearm and ammunition as a prohibited person.  He was found not guilty of possession with intent to distribute a controlled substance and carrying a firearm during and in relation to a drug trafficking offense.  After a sentencing hearing, Movant received a sentence of 80 months in prison.

Movant took a direct appeal, in which he argued that there was insufficient evidence to support the findings at sentencing that he was on parole at the time of the offense and that a substance found in a backpack was marijuana. He also maintained that his sentence was unreasonable and that the reading of the superseding indictment had not been transcribed in the record although the transcript says that the indictment was read in open court.  The Fifth Circuit Court of Appeals rejected Movant's arguments and affirmed his conviction. *United States v. Ross*, slip op. no. 22-40431, 2023 WL 2964421 (5th Cir. 2023).

In his § 2255 motion, Movant argued that he received ineffective assistance of counsel in a number of particulars and, in a motion to supplement, added a claim that the search of his car had been unconstitutional.  The Government filed a response, to which Movant filed a reply.

1

After review of the pleadings and records, including the testimony at trial, the Magistrate Judge issued a Report and Recommendation on April 30, 2026, recommending that the motion to vacate or correct sentence be dismissed. Docket No. 15. The Magistrate Judge set out the legal standards for evaluating ineffective assistance of counsel claims and reviewed each of Movant's grounds for relief under these standards, concluding that none of these demonstrated that Movant's counsel acted deficiently or that any such deficient performance had prejudiced the defense. The Magistrate Judge also recommended denial of a certificate of appealability.

A copy of this Report and Recommendation was sent to Movant at his last known address but was returned with the notation that Movant was not at the facility. To date, Movant has not advised the Court of his current mailing address. Local Rule CV-11(d) of the Local Rules of Court for the Eastern District of Texas requires that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of his current physical address. The Court has no duty to locate litigants who do not keep the court apprised of their current address. *Ashlock v. Kelley*, civil action no. 5:17cv209, 2019 U.S. Dist. LEXIS 104904, 2019 WL 2578628 (E.D.Tex., June 24, 2019).

Because no objections to the Magistrate Judge's Report and Recommendation have been filed, Movant is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly

erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 15) is

**ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled motion to vacate or correct sentence is **DISMISSED WITH**

**PREJUDICE**. It is further

**ORDERED** that Movant is denied a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 2nd day of June, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE